UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ALBERT BLUE, | Case No. 2:19-cv-00776-RFB-BNW |
| Plaintiff, | ORDER |
| v. | |
| WAL-MART REAL ESTATE BUSINESS TRUST, | |
| Defendant. | |

This matter is before the court on plaintiff's failure to file a Certificate as to Interested Parties as required by LR 7.1-1.  The Complaint (ECF No. 1-2) in this matter was filed December 20, 2018, and an Amended Complaint (ECF No. 1-4) was filed March 12, 2019 in state court and removed (ECF No. 1) to federal district court May 6, 2019.  No answer has been filed.  LR 7.1-1(a) requires, unless otherwise ordered, that in all cases (except habeas corpus cases) counsel for private parties shall, upon entering a case, identify in the disclosure statement required by Fed. R. Civ. P. 7.1 all persons, associations of persons, firms, partnerships or corporations (including parent corporations) which have a direct, pecuniary interest in the outcome of the case.  LR 7.1-1(b) further states that if there are no known interested parties other than those participating in the case, a statement to that effect must be filed.  Additionally, LR 7.1-1(c) requires a party to promptly file a supplemental certification upon any change in the information that this rule requires.  To date, plaintiff has failed to comply.  Accordingly,

**IT IS ORDERED** that the plaintiff shall file his certificate of interested parties, which fully complies with LR 7.1-1 **no later than June 11, 2019.**  Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 28th day of May, 2019.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE