UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ALBERT BLUE, | Case No. 2:19-cv-00776-RFB-BNW |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| WAL-MART REAL ESTATE BUSINESS TRUST, | |
| Defendant. | |

This matter is before the court on the parties' failure to file a joint status report as required in Order (ECF No. 2) entered May 6, 2019, regarding removal of this case to federal district court. On May 13, 2019, defendant filed a signed Statement (ECF No. 8) which complied with the court's order that the removing party file a statement providing the information specified. However, the parties have not submitted a joint status report regarding removal as required. Accordingly,

**IT IS ORDERED** that the parties shall file a joint status report **no later than June 25, 2019,** which must:

1. Set for the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2. Include a statement by counsel of action required to be taken by this court.
3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

DATED this 11th day of June, 2019.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

1