ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
MEGAN E. WESSEL, ESQ.
Nevada Bar No. 14131
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
Telephone: (702) 938-1510
Facsimile: (702) 938-1511
rphillips@psalaw.net
mwessel@psalaw.net

*Attorneys for Defendant*
*Walmart Real Estate Business Trust*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALBERT BLUE, individually,<br><br>Plaintiff,<br><br>v.<br><br>WALMART REAL ESTATE BUSINESS TRUST d/b/a WALMART, a Foreign Corporation, DOES INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-00776-RFB-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear their

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

party's own costs and attorney's fees.

DATED this 10th day of ~~November~~ Dec, 2019.          DATED this 10 day of ~~November~~ December, 2019.

**RICHARD HARRIS LAW FIRM**                               **PHILLIPS, SPALLAS & ANGSTADT LLC**

_____                          _____
RICHARD A. HARRIS, ESQ.                                   ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 505                                        Nevada Bar No. 11441
CHARLES S. JACKSON, ESQ.                                  MEGAN E. WESSEL, ESQ.
Nevada Bar No. 13158                                      Nevada Bar No. 14131
801 S. Fourth Street                                      504 S. Ninth Street
Las Vegas, NV 89101                                       Las Vegas, NV 89101

*Attorneys for Plaintiff*                                 *Attorneys for Defendant*
*Albert Blue*                                             *Walmart Real Estate Business Trust*

*Albert Blue v. Walmart*
*Case No.* 2:19-cv-00776-RFB-BNW

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 11th day of December, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE